IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUN C. ALLEN,
ADC #158525                                                                                   PLAINTIFF

VS.                                     5:17-CV-302-BRW-BD

WENDY KELLY et al.                                                                        DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Allen's timely objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Mr. Allen's motion for a temporary restraining order and preliminary injunctive relief (Doc. No. 22) is DENIED.

IT IS SO ORDERED, this 3rd day of April, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE