IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUN C. ALLEN,
ADC #158525                                                                                    PLAINTIFF

VS.                                   5:17-CV-00302-BRW-BD

WENDY KELLY, *et al.*                                                                      DEFENDANTS

**ORDER**

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Allen's timely objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Plaintiff asserts that the Arkansas Department of Correction can be sued under the Americans with Disabilities Act – assuming that is true, it is irrelevant, since Plaintiff is not asserting an ADA claim.

Accordingly, the Claims against the Arkansas Department of Correction and the Doe defendants are dismissed, without prejudice.

IT IS SO ORDERED, this 23rd day of May, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE