IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUN C. ALLEN,
ADC #158525                                                                                    PLAINTIFF

V.                          CASE NO. 5:17-cv-302-BRW-BD

WENDY KELLEY, *et al*.                                                                    DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and the timely objections, I approve and adopt the Recommendation in all respects.

Accordingly, Defendants' motion for summary judgment on the issue of exhaustion (Doc. No. 152) is GRANTED IN PART and DENIED IN PART.

Mr. Allen's excessive-force claims against Defendants will proceed. The failure-to-train and corrective-inaction claims against Defendants are dismissed, without prejudice, for failure to exhaust administrative remedies.

IT IS SO ORDERED, this 9th day of May, 2019.

                                                                                                                           _Billy Roy Wilson_____
                                                                                                                           UNITED STATES DISTRICT JUDGE