IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUN C. ALLEN,
ADC #158525                                                                           PLAINTIFF

V.                      CASE NO. 5:17-cv-302-BRW-BD

WENDY KELLEY, *et al.*                                                        DEFENDANTS

## ORDER

I have received a Partial Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. No objections were filed and the time for doing so has passed. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Accordingly, Plaintiff's Motions for Temporary Restraining Order and Preliminary and Injunctive Relief (Doc. Nos. 178, 179, 180) are DENIED.

Also pending are Plaintiff's Motion to Appoint Counsel (Doc. No. 191), Motion to Authenticate Recording (Doc. No. 192), and Motion for Default Judgment (Doc. No. 197). All three motions are DENIED.

IT IS SO ORDERED, this 21st day of August 2019.


                                                Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE