IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUN C. ALLEN,
ADC #158525                                                                                    PLAINTIFF

V.                          CASE NO. 5:17-cv-302-BRW-BD

WENDY KELLEY, *et al*.                                                                DEFENDANTS

## ORDER

I have received a Recommendation (Doc. No. 215) from Magistrate Judge Beth Deere. After careful review of the Recommendation and the objections, as well as a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion for summary judgment (Doc. No. 201) is GRANTED. This lawsuit is DISMISSED, with prejudice.

IT IS SO ORDERED, this 7th day of April, 2020.

                                                  Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE