IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHAUN C. ALLEN,
ADC #158525                                                                                         PLAINTIFF

V.                           CASE NO. 5:17-cv-302-BRW-BD

WENDY KELLEY, *et al*.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 7th day of April, 2020.


                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE